IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALAN COLE ONSTAD                                                                                    PLAINTIFF

v.                          Civil No.   6:12-cv-06020

DEPUTY JACK NARON; and
DEPUTY TRAVIS HILL                                                                               DEFENDANTS

## JUDGMENT

Plaintiff proceeds in this matter *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983. Currently before the Court is an Amended Joint Motion to Dismiss (ECF No. 71) filed by Plaintiff and Defendants Naron and Hill.  In the Motion, the Parties indicate they have entered into a settlement agreement and request Plaintiff's remaining claims against Defendants Naron and Hill be dismissed with prejudice.

For the foregoing reasons, the Amended Joint Motion to Dismiss (ECF No. 71) is **GRANTED.**  Plaintiff's claims against Defendants Jack Naron and Travis Hill are dismissed with prejudice and this matter is closed.

Further, the Clerk is **DIRECTED** to terminate all pending motions in this matter (ECF Nos. 65, 66, 69).

**IT IS SO ORDERED** this 27th day of February 2015.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge